MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 2, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN FORD, DOCTOR | CIVIL ACTION |
| VERSUS | NO. 18-4149 |
| LOUISIANA STATE BOARD OF MEDICAL EXAMINERS ET AL. | SECTION "T" (2) |

    Pursuant to my previous order, Record Doc. No. 50, a follow-up settlement conference was conducted via telephone before me on this date. During the conference, the court was advised by Garret DeReus, counsel for plaintiff; and Jeffery Wheeler and Diana Surprenant, counsel for defendants, that a settlement has been reached. By copy of this minute entry, Judge Guidry is advised so that he may enter an appropriate conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. GREG GERARD GUIDRY**

MJSTAR: 0:05