UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. ROBIN FORD | * | CIVIL ACTION |
| VERSUS | * | NO. 18-4149 |
| LOUISIANA STATE BOARD OF MEDICAL EXAMINERS, ET AL. | * | SECTION "T" (2) |

## ORDER

The Court, having considered the submissions and arguments of counsel, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge (ECF No. 87), and the failure of any party to file a timely objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation and adopts it as its own opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff Dr. Robin Ford's Motion to Enforce Settlement Agreement (ECF No. 61) is DENIED.

New Orleans, Louisiana, this  13th  day of July, 2023.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE